IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RANAE ANN HANDELONG, | : | BANKR. NO. 22-10292-pmm |
| | : | |
| Debtor. | : | |

## UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE OR DENY DISCHARGE

The United States trustee for Region 3, in furtherance of the administrative responsibilities imposed pursuant to 28 U.S.C. Section 586(a), hereby moves by and through his undersigned counsel pursuant to 11 U.S.C. § 707(a) and Federal Rule of Bankruptcy Procedure 4004(a) for the entry of an order dismissing this case or denying the entry of a discharge. In support of his motion, the United States trustee represents as follows:

1. Ranae Ann Handelong, f/k/a Ranae A. McCormack, (the "Debtor") commenced this case on February 8, 2022 (the "Petition Date"), by filing a voluntary petition under chapter 13 of the United States Bankruptcy Code. On February 23, 2023, the Debtor's case was converted to chapter 7.

2. As stated in her Petition, the Debtor filed a prior petition under chapter 7 of the Bankruptcy Code in the District of New Jersey on January 23, 2015, docket number 15-11220-CMG. On June 29, 2015, the Debtor received a discharge, and the case was subsequently closed. A copy of the docket for 2015 case is attached hereto as *Exhibit A*.

3.   Pursuant to 11 U.S.C. § 727(a)(8), the Debtor is ineligible for a discharge in the present case because she was granted a discharge in a case commenced within eight years of the date of the filing of the instant case.

4.   Pursuant to 11 U.S.C. § 707(a), the court may dismiss a case under Chapter 7, after notice and a hearing, for cause.   The U. S. trustee avers that the Debtor's ineligibility for a discharge in the present case constitutes sufficient cause for the dismissal of this case.

5.   In the event the Court determines that this case should not be dismissed, the U. S. trustee avers the Debtor remains ineligible for a discharge and requests that an order be entered denying her a discharge in this case.

For the reasons set forth above, among others, the U. S. trustee respectfully requests that the Court conduct a hearing on the above issues and dismiss this case, or enter an order denying the Debtor's request for a discharge.   The U. S. trustee specifically reserves the right to supplement his motion at or prior to the hearing thereon.

DATED this  *9th*   day of June, 2023.

                                         ANDREW R. VARA
                                       United States trustee
                                       Regions 3 and 9

                                By:   */s/ Dave P. Adams*
                                       Dave P. Adams
                                       900 Market Street, Suite 320
                                       Philadelphia, Pennsylvania   19107
                                       (215) 597-4411
                                       (215) 597-5795 (fax)
                                       dave.p.adams@usdoj.gov