IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RANAE ANN HANDELONG, | : | BANKR. NO. 22-10292-pmm |
| | : | |
| Debtor. | : | |

## ORDER DENYING DISCHARGE

AND NOW, this ____ day of July, 2023, upon consideration of the U. S. trustee's

Motion to Deny Discharge, and the Debtor's response, if any, it is now, therefore ORDERED,

that the U. S. trustee's Motion is GRANTED and the Debtor's request for a discharge in this case

is hereby DENIED as she is ineligible for a discharge pursuant to 11 U.S.C. § 727(a)(8).


_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge