IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RANAE ANN HANDELONG, | : | BANKR. NO. 22-10292-pmm |
| | : | |
| Debtor. | : | |

**ORDER DISMISSING CASE**

AND NOW, this \_\_\_\_ day of July, 2023, upon consideration of the U. S. trustee's Motion to Dismiss or Deny Entry of a Discharge and the response of the Debtor, if any, it is now, therefore, ORDERED that the U. S. trustee's Motion is GRANTED and this case is hereby DISMISSED.

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge