**EXHIBIT A**

**MEANSNO, CLOSED, MONEY**

# U.S. Bankruptcy Court
# District of New Jersey (Trenton)
# Bankruptcy Petition #: 15-11220-CMG

|  |  |
|---|---|
| *Date filed:* | 01/23/2015 |
| *Date terminated:* | 01/27/2016 |
| *Debtor discharged:* | 06/29/2015 |
| *341 meeting:* | 02/17/2015 |
| *Deadline for objecting to discharge:* | 04/20/2015 |
| *Deadline for financial mgmt. course:* | 04/20/2015 |

*Assigned to:* Judge Christine M. Gravelle
Chapter 7
Voluntary
Asset

*Debtor disposition:* Standard Discharge

| **Debtor** | represented by | **Dean G. Sutton** |
| **Ranae A. McCormack** | | 18 Green Rd. |
| 205 Paul St. | | PO Box 187 |
| Belvidere, NJ 07823 | | Sparta, NJ 07871 |
| WARREN-NJ | | (973) 729-8121 |
| SSN / ITIN: xxx-xx-1191 | | Fax : (973)729-6685 |
| *aka* **Ranae A. Hackett** | | Email: dean@deansuttonlaw.com |

| **Trustee** | represented by | **Brian Thomas Crowley** |
| **John Michael McDonnell** | | McDonnell Crowley, LLC |
| John Michael McDonnell, Ch. 7 Trustee | | 115 Maple Avenue |
| 115 Maple Avenue | | Suite 201 |
| Red Bank, NJ 07701 | | Red Bank, NJ 07701 |
| 732-383-7233 | | 732-383-7233 |
| | | Fax : 732-383-7531 |
| | | Email: bcrowley@mchfirm.com |

**John Michael McDonnell**

McDonnell Crowley, LLC
115 Maple Ave
Suite 201
Red Bank, NJ 07701
732-383-7233
Fax : 732-383-7531
Email: jmcdonnell@mchfirm.com

*U.S. Trustee*
**U.S. Trustee**
One Newark Center
Newark, NJ 07102
(973) 645-3014

| Filing Date | # | Docket Text |
|---|---|---|
| 01/23/2015 | [1](#) (49 pgs) | Chapter 7 Voluntary Petition Filed by Dean G. Sutton on behalf of Ranae A. McCormack. (Sutton, Dean) (Entered: 01/23/2015) |
| 01/23/2015 | [2](#) (1 pg) | Certificate of Credit Counseling filed by Dean G. Sutton on behalf of Ranae A. McCormack. (Sutton, Dean) (Entered: 01/23/2015) |
| 01/26/2015 | [3](#) (3 pgs) | Appointment of Trustee.Trustee John Michael McDonnell appointed to case. Meeting of Creditors 341(a) meeting to be held on 2/17/2015 at 10:00 AM at Room 129, Clarkson S. Fisher Courthouse. Financial Management Course Certificate Due4/20/2015. Last day to oppose discharge or dischargeability is 4/20/2015. (UST Staff13) (Entered: 01/26/2015) |
| 01/26/2015 | | Receipt of filing fee for Voluntary Petition (Chapter 7)(15-11220) [misc,volp7a] ( 335.00) Filing Fee. Receipt number 29321339, fee amount $ 335.00. (re: Doc#[1](#)) (U.S. Treasury) (Entered: 01/26/2015) |
| 01/28/2015 | [4](#) (11 pgs) | Amended Schedule(s) : B,Other Schedules re:Statement of Financial Affairs filed by Dean G. Sutton on behalf of Ranae A. McCormack. (Sutton, Dean) (Entered: 01/28/2015) |
| 01/29/2015 | [5](#) (5 pgs) | BNC Certificate of Notice - Meeting of Creditors. No. of Notices: 17. Notice Date 01/29/2015. (Admin.) (Entered: 01/30/2015) |
| 02/02/2015 | [6](#) (1 pg) | Notice of Appearance and Request for Service of Notice.. (Weisman, Gilbert) (Entered: 02/02/2015) |
| 02/14/2015 | [7](#) (1 pg) | Personal Financial Management Course Certificate Filed for Debtor (Geving, Allison) (Entered: 02/14/2015) |

| | | |
|---|---|---|
| 02/18/2015 | [8](#)<br>(2 pgs; 2 docs) | Certification of Completion of Instructional Course Concerning Financial Management (Official Form 23) Filed by Dean G. Sutton on behalf of Ranae A. McCormack. (Attachments: # [1](#) Debtors Certificate of Debtor Education) (Sutton, Dean) (Entered: 02/18/2015) |
| 02/18/2015 | 9 | First Meeting Minutes filed by (McDonnell, John) (Entered: 02/18/2015) |
| 03/23/2015 | [10](#)<br>(3 pgs; 2 docs) | Notice of Assets & Request for Notice to Creditors filed by John Michael McDonnell. Proofs of Claim due by 6/22/2015. (McDonnell, John) (Entered: 03/23/2015) |
| 03/23/2015 | [11](#)<br>(12 pgs; 3 docs) | Application For Retention of Professional McDonnell Crowley, LLC as Attorney Filed by Brian Thomas Crowley on behalf of John Michael McDonnell. Objection deadline is 3/30/2015. (Attachments: # [1](#) Certification # [2](#) Proposed Order) (Crowley, Brian) (Entered: 03/23/2015) |
| 03/25/2015 | [12](#)<br>(11 pgs; 3 docs) | Application For Retention of Professional Speed Financial Services, Inc. as Accountant Filed by Brian Thomas Crowley on behalf of John Michael McDonnell. Objection deadline is 4/1/2015. (Attachments: # [1](#) Certification # [2](#) Proposed Order) (Crowley, Brian) (Entered: 03/25/2015) |
| 03/25/2015 | [13](#)<br>(4 pgs) | Certificate of Service (related document:[11](#) Application for Retention filed by Trustee John Michael McDonnell, [12](#) Application for Retention filed by Trustee John Michael McDonnell) filed by Brian Thomas Crowley on behalf of John Michael McDonnell. (Crowley, Brian) (Entered: 03/25/2015) |
| 03/25/2015 | [14](#)<br>(4 pgs) | BNC Certificate of Notice re: Notice of Assets. No. of Notices: 16. Notice Date 03/25/2015. (Admin.) (Entered: 03/26/2015) |
| 03/31/2015 | [15](#)<br>(3 pgs) | Order Granting Application For Retention of Professional McDonnell Crowley, LLC as Attorney for trustee (Related Doc # [11](#)). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/31/2015. (dmi) (Entered: 03/31/2015) |
| 04/02/2015 | [16](#)<br>(3 pgs; 2 docs) | Order Granting Application For Retention of Professional Speed Financial Services, Inc. as Accountant (Related Doc # [12](#)). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/2/2015. (dmi) (Entered: 04/02/2015) |
| 04/02/2015 | [17](#)<br>(1 pg) | Change of Address for The Bureaus Inc. From: Attention: Bankruptcy Dept., 1717 Central St., Evanston, IL 60201 To: 650 Dundee Road, Suite 370, North Brook, IL 60062 filed by Dean G. Sutton on behalf of Ranae A. McCormack. (Sutton, Dean) (Entered: 04/02/2015) |
| 04/02/2015 | [18](#)<br>(8 pgs) | Amended Schedule(s) : Other Schedules re:Statement of Financial Affairs filed by Dean G. Sutton on behalf of Ranae A. McCormack. (Sutton, Dean) (Entered: 04/02/2015) |
| 04/02/2015 | [19](#)<br>(4 pgs) | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 04/02/2015. (Admin.) (Entered: 04/03/2015) |
| 04/04/2015 | [20](#) | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date |

| | | |
|---|---|---|
| | (2 pgs) | 04/04/2015. (Admin.) (Entered: 04/05/2015) |
| 04/04/2015 | 21 (3 pgs) | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 04/04/2015. (Admin.) (Entered: 04/05/2015) |
| 04/20/2015 | 22 (10 pgs; 3 docs) | Motion to Extend Time To Object to Discharge Filed by Brian Thomas Crowley on behalf of John Michael McDonnell. Hearing scheduled for 5/12/2015 at 10:00 AM at CMG - Courtroom 3, Trenton. (Attachments: # 1 Application # 2 Proposed Order) (Crowley, Brian) (Entered: 04/20/2015) |
| 04/21/2015 | 23 (4 pgs) | Certificate of Service (related document:22 Motion to Extend Time filed by Trustee John Michael McDonnell) filed by Brian Thomas Crowley on behalf of John Michael McDonnell. (Crowley, Brian) (Entered: 04/21/2015) |
| 05/12/2015 | | Minute of 5/12/15, OUTCOME: Granted (related document(s): 22 Motion to Extend Time filed by John Michael McDonnell) (bwj ) (Entered: 05/12/2015) |
| 05/12/2015 | 24 (2 pgs) | ORDER EXTENDING THE TIME FOR THE CHAPTER 7 TRUSTEE, THE UNITED STATES TRUSTEE OR OTHER PARTIES IN INTEREST TO OBJECT TO THE DEBTORS DISCHARGE. Extended to and including June 19, 2015 (Related Doc # 22). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/12/2015. (bwj) (Entered: 05/12/2015) |
| 05/14/2015 | 25 (3 pgs) | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 05/14/2015. (Admin.) (Entered: 05/15/2015) |
| 06/06/2015 | 26 (6 pgs; 2 docs) | Notice of Settlement of Controversy, re: between Trustee and Leon Hackett, non-debtor former spouse of Debtor. Filed by Brian Thomas Crowley on behalf of John Michael McDonnell. Objections due by 06/22/2015. (Crowley, Brian) (Entered: 06/06/2015) |
| 06/10/2015 | 27 (5 pgs) | BNC Certificate of Notice - Notice of Proposed Settlement. No. of Notices: 27. Notice Date 06/10/2015. (Admin.) (Entered: 06/11/2015) |
| 06/23/2015 | 28 (1 pg) | Certification of No Objection in re: Settlement of Controversy. (related document:26 Notice of Settlement of Controversy, re: between Trustee and Leon Hackett, non-debtor former spouse of Debtor. Filed by Brian Thomas Crowley on behalf of John Michael McDonnell. Objections due by 06/22/2015). The Clerk hereby certifies that no objection to this Notice of Information has been filed. (srm) (Entered: 06/23/2015) |
| 06/23/2015 | 29 (9 pgs) | Stipulation and Consent Order (related document:26 Notice of Settlement of Controversy filed by Trustee John Michael McDonnell). Filed by Brian Thomas Crowley . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/23/2015. (Entered: 06/24/2015) |
| 06/26/2015 | 30 (10 pgs) | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 06/26/2015. (Admin.) (Entered: 06/27/2015) |
| 06/29/2015 | 31 (2 pgs) | Order Discharging Debtor. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC |

| | | |
|---|---|---|
| | | Certificate of Notice. Signed on 6/29/2015. (mrg) (Entered: 06/29/2015) |
| 07/01/2015 | 32 (4 pgs) | BNC Certificate of Notice - Order of Discharge and BNC Certificate of Service - . No. of Notices: 20. Notice Date 07/01/2015. (Admin.) (Entered: 07/02/2015) |
| 07/02/2015 | 33 (11 pgs; 2 docs) | Final Application for Compensation for Speed Financial Services Inc, Accountant, period: to, fee: $1,025.00, expenses: $18.40. Filed by Brian Thomas Crowley. (Attachments: # 1 Proposed Order) (Crowley, Brian) (Entered: 07/02/2015) |
| 07/06/2015 | 34 (1 pg) | Hearing Scheduled. (related document:33 Final Application for Compensation for Speed Financial Services Inc, Accountant, period: to, fee: $1,025.00, expenses: $18.40. Filed by Brian Thomas Crowley. (Attachments: # 1 Proposed Order) filed by Accountant Speed Financial Services Inc) Hearing scheduled for 8/4/2015 at 02:00 PM at CMG - Courtroom 3, Trenton. (srm) (Entered: 07/06/2015) |
| 07/08/2015 | 35 (3 pgs) | BNC Certificate of Notice - Hearing on Application for Compensation. No. of Notices: 29. Notice Date 07/08/2015. (Admin.) (Entered: 07/09/2015) |
| 07/14/2015 | 36 (21 pgs; 2 docs) | Final Application for Compensation for McDonnell Crowley, LLC, Trustee's Attorney, period: 3/23/2015 to 7/9/2015, fee: $2,575.00, expenses: $175.00. Filed by Brian Thomas Crowley. (Attachments: # 1 Proposed Order) (Crowley, Brian) (Entered: 07/14/2015) |
| 07/15/2015 | 37 (1 pg) | Hearing Scheduled. (related document:36 Final Application for Compensation for McDonnell Crowley, LLC, Trustee's Attorney, period: 3/23/2015 to 7/9/2015, fee: $2,575.00, expenses: $175.00. Filed by Brian Thomas Crowley. (Attachments: # 1 Proposed Order)) Hearing scheduled for 8/18/2015 at 02:00 PM at CMG - Courtroom 3, Trenton. (srm) (Entered: 07/15/2015) |
| 07/17/2015 | 38 (3 pgs) | BNC Certificate of Notice - Hearing on Application for Compensation. No. of Notices: 29. Notice Date 07/17/2015. (Admin.) (Entered: 07/18/2015) |
| 08/04/2015 | | Minute of 8/4/15, OUTCOME: Granted (related document(s): 33 Application for Compensation filed by Brian Thomas Crowley, Speed Financial Services Inc) (bwj ) (Entered: 08/05/2015) |
| 08/05/2015 | 39 (3 pgs; 2 docs) | Order Granting Application For Compensation for Speed Financial Services Inc, fees awarded: $1025.00, expenses awarded: $18.40 (Related Doc # 33). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/5/2015. (bwj) (Entered: 08/06/2015) |
| 08/08/2015 | 40 (2 pgs) | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 08/08/2015. (Admin.) (Entered: 08/09/2015) |
| 08/08/2015 | 41 (3 pgs) | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 08/08/2015. (Admin.) (Entered: 08/09/2015) |
| 08/18/2015 | | Minute of 8/18/15, OUTCOME: GRANTED (related document(s): 36 Application for Compensation filed by Brian Thomas Crowley, |

| | | |
|---|---|---|
| | | McDonnell Crowley, LLC) (bwj ) (Entered: 08/19/2015) |
| 08/19/2015 | 42 (2 pgs) | Order Granting Application For Compensation for McDonnell Crowley, LLC, fees awarded: $2575.00, expenses awarded: $175.00 (Related Doc # 36). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/19/2015. (wir) (Entered: 08/19/2015) |
| 08/21/2015 | 43 (3 pgs) | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 08/21/2015. (Admin.) (Entered: 08/22/2015) |
| 09/21/2015 | 44 (17 pgs; 3 docs) | Chapter 7 Trustee's Final Report and Application for Compensation filed on behalf of Trustee, John M. McDonnell. The United States Trustee has reviewed the Chapter 7 Trustee's Final Report. Fee Amount Requested $1,384.35. Expenses Requested $77.55. Filed by U.S. Trustee. (Attachments: # 1 Application for Trustee's Compensation and Expenses # 2 Proposed Order Awarding Trustee's Compensation and Expenses) (UST Staff04) (Entered: 09/21/2015) |
| 09/22/2015 | 45 (2 pgs) | Final Meeting Scheduled (related document:44 Chapter 7 Trustee's Final Report and Application for Compensation filed on behalf of Trustee, John M. McDonnell. The United States Trustee has reviewed the Chapter 7 Trustee's Final Report. Fee Amount Requested $1,384.35. Expenses Requested $77.55. Filed by U.S. Trustee. (Attachments: # 1 Application for Trustee's Compensation and Expenses # 2 Proposed Order Awarding Trustee's Compensation and Expenses) (UST Staff04) filed by U.S. Trustee U.S. Trustee) Hearing scheduled for 11/3/2015 at 02:00 PM at CMG - Courtroom 3, Trenton. (pbf) (Entered: 09/22/2015) |
| 09/22/2015 | 46 (5 pgs) | Notice of Trustee's Final Report and Applications for Compensation (related document:44 Chapter 7 Trustee's Final Report and Application for Compensation filed on behalf of Trustee, John M. McDonnell. The United States Trustee has reviewed the Chapter 7 Trustee's Final Report. Fee Amount Requested $1,384.35. Expenses Requested $77.55. Filed by U.S. Trustee. (Attachments: # 1 Application for Trustee's Compensation and Expenses # 2 Proposed Order Awarding Trustee's Compensation and Expenses) (UST Staff04)). Filed by John Michael McDonnell. (McDonnell, John) (Entered: 09/22/2015) |
| 09/24/2015 | 47 (4 pgs) | BNC Certificate of Notice - Hearing. No. of Notices: 29. Notice Date 09/24/2015. (Admin.) (Entered: 09/25/2015) |
| 11/03/2015 | | Minute of 11/3/15, OUTCOME: Granted (related document(s): 44 UST Statement of Review - Trustee's Final Report filed by U.S. Trustee) (bwj ) (Entered: 11/04/2015) |
| 11/03/2015 | 48 (2 pgs) | Order Awarding Trustee's Compensation and Expenses (related document:44 Chapter 7 Trustee's Final Report and Application for Compensation filed on behalf of Trustee, John M. McDonnell. Fee Amount Requested $1,384.35. Expenses Requested $77.55. Filed by U.S. Trustee). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/3/2015. (slf) (Entered: 11/05/2015) |
| 11/03/2015 | | Application for John Michael McDonnell, Fees Awarded: $1384.35, Expenses Awarded: $77.55; Awarded on 11/5/2015 (related document:48 Order (Generic)) (slf) (Entered: 11/05/2015) |

| | | |
|---|---|---|
| 11/07/2015 | [49](#) (3 pgs) | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 11/07/2015. (Admin.) (Entered: 11/08/2015) |
| 11/10/2015 | [50](#) (1 pg) | Notice Depositing Unclaimed Funds for American InfoSource, LP as agent for, Midland Funding, LLC, in the Amount $ 4.18 Filed by John Michael McDonnell on behalf of John Michael McDonnell. (McDonnell, John) (Entered: 11/10/2015) |
| 11/16/2015 | | Receipt of Unclaimed Funds Amount $ 4.18, Receipt Number 616516. (related document:[50](#) Notice Depositing Unclaimed Funds filed by Trustee John Michael McDonnell). Fee received from John McDonnell (mrg) (Entered: 11/17/2015) |
| 12/21/2015 | [51](#) (13 pgs) | Chapter 7 Trustee's Final Account, Certification that the Estate has been Fully Administered and Application of Trustee to be Discharged filed on behalf of Trustee, John M. McDonnell. The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application of Trustee to be Discharged. The United States Trustee does not object to the relief requested. Filed by U.S. Trustee. (UST Staff19) (Entered: 12/21/2015) |
| 01/26/2016 | [52](#) (1 pg) | Final Decree; The following parties were served: Trustee and US Trustee. (pbf) (Entered: 01/26/2016) |
| 01/27/2016 | | Bankruptcy Case Closed. (pbf) (Entered: 01/27/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/09/2023 09:18:24 | | | |
| **PACER Login:** | us235958 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 15-11220-CMG Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included |

|  |  |  | Format: html Page counts for documents: included |
|---|---|---|---|
| **Billable Pages:** | 5 | **Cost:** | 0.50 |