# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RANAE ANN HANDELONG, | : | BANKR. NO. 22-10292-pmm |
| | : | |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

It is certified that on the 9th of July, 2023, the United States trustee's Motion to Dismiss Pursuant to Section 707(a) or Deny the Entry of a Discharge, Proposed Order, and Notice of Hearing, was caused to be served electronically via email, CM/ECF and/or by placing copies in the United States Mail, postage prepaid, addressed as follows:

Ranae Ann Handelong
70 Fox Gap Avenue
Roseto, Pennsylvania 18013
(*via Counsel*)

Gary F. Seitz, Esquire
Gellert Scali Busenkell & Brown, LLC
8 Penn Center
1628 John F. Kennedy Blvd, Ste 1901
Philadelphia, Pennsylvania 19103
(*via CM/ECF*)

David W. Tidd, Esq.
665 Ebersole Road
Reading, Pennsylvania 19605
bankruptcy@davidtiddlaw.com
(*Debtor's Counsel, via CM/ECF*)

Valerie Smith
Synchrony Bank
c/o PRI Receivables Management, LLC
P. O. Box 41021
Norfolk, Virginia 23541
ecfnotices@ascensioncapitalgroup.com
(*via CM/ECF*)


*/s/ Maria N. Borgesi*
Maria N. Borgesi
Paralegal